IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KOES INDRIANINGRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:16-cv-04124-ELR |
| ) | |
| BRILLIANT DIAMOND, INC. ) | |
| and JIE LIN. ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice her civil action against Defendants BRILLIANT DIAMOND, INC. and JIE LIN. All parties jointly stipulate to the dismissal of this action, thereby concluding this matter in its entirety.

SO STIPULATED, this the 8th day of May, 2017.

/s/ Louis R. Cohan
Louis R. Cohan
GA Bar No. 173357
Ariel D. Fenster
GA Bar No. 420858
Attorneys for Plaintiff

Cohan Law Group, LLC
3340 Peachtree Road, Suite 2570
Atlanta, Georgia 30326
(404) 891-1770 *telephone*

(404) 891-5094 *facsimile*
lcohan@cohanlawgroup.com

                    /s/ Christopher M. Upshaw
                    CHRISTOPHER M. UPSHAW
                    Georgia Bar No. 557562
                    ***Counsel for Defendants***

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
(770) 692-5020 *telephone*
(770) 692-5030 *facsimile*
doc@sanchezhayeslaw.com